Good morning, ladies and gentlemen. We understand that everyone is ready who intends to present argument, and so we will proceed to hear the cases for argument in the order that they are listed. The first case, Steadham v. State of California, is submitted on the briefs, and so the first case for argument is Kessler v. Meligan. Ms. Cartlidge. Good morning, Your Honor. Good morning. My name is Glenn Cartlidge, and I will present the case for Mark Kessler. There are certain unconfirmed facts about Kessler that fail to be aware of, and to the extent that we rely on them, we will proceed with the case. The first facts are of particular interest to the United States. Mark Kessler, on the day of his service, on the day of his introduction to the House of Representatives, has never had any access to legal materials, to a law library, or law courts. The second particular issue is that Kessler, in a timely manner. Are you arguing that, you know, sort of as a per se matter, not having access to a library or law materials suffices to toll? Well, it does differ from Whale and Hunt, because no matter what they say, they're arguing that there is no access to a law library or a law court. They're arguing that there is no access to a library or a law court. I'm not arguing that there is no access to a library or a law court, because no matter what that case said, it was a situation in which there were materials in a law library which could have been misleading because they didn't include the new AEDPA statute with a statute of limitations. So it was a misleading kind of situation, but here there's nothing to mislead, is there? I mean, basically you're saying that there has to be a complete, accurate law library. That's a different issue. That's the ineffective assistance issue. Right, well, it is partly an issue, but had he known that that was the case, had he known that fact that that was the case, then he would have been able to, when he called her during that Thursday jurisdiction period of time, he would have been able to say, file on the field. The trial court refused his discretion and did not give him due process. I made him a new trial. And I'm going to give you a good suggestion. But even though he lacked the materials, he did file a writ in the State court. So doesn't that preclude a finding that this was an impediment under the statute? I don't think so, Justice Ginsburg. I think what it is, is that he and I, again, I'll go back to the fact that he did not find out a factual basis, and I understand that from Subsection B rather than Subsection B's question, which I think was an impediment as well. Was it a factual basis or was it a legal basis? This is where I think the district court came in early. The district court found it was a legal basis. But I think it was actually his knowledge of that the statute was wrong. Did he know that what she had done was wrong? He didn't know that. I don't think that's a legal question. I think it's the content of the statute that we need to understand to find a question. Maybe it's a mixed question, but I don't think it's a legal question. What is the relief that you think that you're entitled to? What we would like is for it to go back to the district court. We would like it to go back to the district court. After the fact, what we are doing, we want to put him some good weight and that is the same sort of result that the judge had in that case. Likely to go back to the district court was a conditional right to be granted or even when he was released, given that he showed that the prisoner did not consent to be released. I have a question. Let's assume, just for the sake of argument, that we agree with you that Lund's misconduct was egregious and that equitable tolling might apply. When would such tolling have begun and when would such tolling have ended? Okay. He, of course, gets tolling from the time in the year 2000 through 2002, which is the time that he got, he did file a statement. So that, the equitable tolling then would have to apply to the time that he was convicted in 1995 up until 2000. I think he filed the state post-conviction petition right before the five-year presumption attaches in the State of Florida. What I'd really like the court to understand is what we argued with the district court and perhaps the way I argue it, and I'm saying that the district court, as long as it's on its own regabinate, it's not called. But what I needed the court to understand was we are arguing that her IAC, in other words, her telling him not to appeal, was what we were arguing about as a statute of He knowingly pled guilty. Correct. Voluntarily to a plea where it was indicated that there were consecutive sentences. I disagree with that. Okay. What's wrong with that? He pled guilty and as a penalty, his attorney brought his side, and I know exactly what he did. He said to him, this cannot be concurrent. These must be consecutive. I'm talking about an issue at the Jordanian, and we had five witnesses in there, and he pled guilty. She misled the court. She misled him. Well, actually, the court said, shouldn't this be concurrent? And she said, no. Indeed, the prosecutor and the court thought it would be concurrent. And she said, no, they have to be consecutive. That's correct. The prosecutor didn't say that. The prosecutor had written a plea. Right. Well, I'm indicating that the prosecutor and the court both thought that it should be concurrent. Right. It seems to me that all the court had to do was go back and ask the law court to look it up. Okay. So the mistake of counsel was that counsel thought that it would have to be consecutive. Yeah, and the mistake of counsel was when he called her during that hearing, they took it very naturally. Okay. Now, that was a mistake of law because, actually, the court did have authority to consider That's correct. Okay. And how much time went by before the petition was filed? It was less than five years from just when the petition was filed. And the reason we're saying that is because the way that the steward court in Japan is set up, he's not allowed to talk about prisoners. He didn't know anything about this. The attorney had told him he could appeal. He did not run into the main field until approximately seven months before we filed the post-conviction petition. And McGrath has not allowed him to make that kind of comment. Okay. Thank you. Mr. Gordon, counsel, I'm Michael Gordon. I'm the city deputy attorney general in the court of law. I'm also the attorney general of the state of Nevada. I have a proposed to represent the respondents in this particular matter. The first point I'd like to make issue with is counsel's statement with respect to the unconcerned facts in this particular matter. The state has never conceded in any of the representations with respect to this particular matter. The factual representation is made by the petitioner, the counselor, and the force of disobligation. Don't we have to assume, though, that, or do we? For purposes of this appeal, don't we have to assume that they are? For purposes of this appeal, I think what the federal district judge is saying that as a matter of law, we can't give this word against. Mr. Gessner was not entitled to give that word, or statutorily told us. Mr. Gessner was convicted in December of 1985. Of course, it became effective on April 24th. Counsel, I hate to interrupt you, but since you have such a short period of time, let me tell you what really worries me about this case. The cases you cited in your brief about negligence of attorneys seem to me to be distinguishable from this case, where we have an attorney's misrepresentation during a plea agreement and a plea hearing, and crossing it out, then telling the judge, no, it's consecutive. Isn't this far different from just saying a mistake of law? It's affirmative action here against her client. May I? Yes, of course. Just so that I can make sure that we're on the same page. All right. Are you suggesting that this is egregious conduct by a counsel such that it would more impact the whole thing? Yes. Okay. The difference between this case, and I must direct this Court's attention to the recent case that's in the court. I apologize that's not cited in my brief, but the difference between that case and this case is that in the Spitzley case, the counsel was retained, and there was a direct relationship between the detention of counsel, the counsel's deletion, and the filing of the federally disclosed petition. In both cases in which this Court and other courts have addressed the egregious conduct of counsel, the relationship between the counsel and the filing of the federal habeas petition has been direct. As in Spitzley, the counsel was specifically retained to file the federal habeas petition. In this particular case, we're talking about trial counsel who had no name whatsoever. There isn't any nexus between that, any direct nexus between that and the filing of the federal habeas petition. I'm sorry. I don't see the distinction. The counsel was hired to represent the defendant, and affirmative. I mean, this was not simply she failed to do something. She acted in an affirmative way to cross out a line in the plea agreement, and then misled the court. Well, let's leave that for a moment. Assuming that this is egregious misconduct, when will the tolling begin and end, in your opinion? Reserving my disobedience. Indeed. I understand. If the word egregious misconduct, as under Spitzley. Well, now we have to ask, whether or not the petitioner knew or could have known. That's true, even if it's egregious? Yes. Okay. You don't just all of a sudden say, because it's egregious misconduct, you get an F. Forever. That's why I asked the question. Just what do you get? You would get the opportunity, perhaps, if it hasn't already been taken, to show the state that you have the opportunity to show the facts that this individual need to do while you're doing this critical work on the area. I think we already know the answer to that. As I said, the state does not accept the recommendation that this individual should Now, the question is when he would start looking, because the judge has already agreed with his own attorney, who says, you know, this is not the case.  It is consecutive. Even though the judge and the attorney do not, presumptively. And that should have put his attorney on notice, by the way, should it not? And then when the judge said, well. We're not arguing that counsel did not misadvise, Mr. Chairman. But did this advice become part of his honest concern? It's an interior to the question. And the question is whether or not there are extraordinary circumstances in which his control may be impossible. Or in the time that follows by the latest petition. Or under 2044 of the T1D, the facts of the credit request. Those are the only two issues here. And it's our position that that's actually relevant to this resolution of the issue. Because as Judge Reed said, it wasn't his, it wasn't that mistake. It was a decision that was in his hands during all of those five years. Before he took any action whatsoever, an individual was presumed, and there are a host of cases that say that even federal habeas actions against the law. It was misrepresented. If he had asked, let me, is the law that if he had asked for legal materials at any time during that five years that he would have, if he had asked for legal materials at any time during that five years, would he have received them? If he had asked? Uh-huh. We don't know whether he would have. No, no, no. I'm just saying what is the law here? If a prisoner wants access to legal materials, does the state have to provide them? What does Bounds say about that? No, no, we have to assume that they don't. But I'm just wondering, I'm just asking you about the law. I thought there was a certain right to access to the courts. There is an access to the courts, but to the extent of the, you know, exactly what you have to have in your law library at any particular institution. I don't know if there is any case that says that. I'm trying to help you out here. If he had. I'm trying to give you an instance of what I'm talking about here. Yeah. And I don't know if Bounds says, first of all, that you have to have a law library or a minimum law library. I think Bounds says something more than that. You have to give them access to the courts. You can't take all the materials away from them. You can't. Okay. So in other words, if he had said, I want to check it out and see whether my sentence could have been concurrent. Let me see the statutes. They wouldn't have to give them to him. Okay. Let me ask you one more question. Was there any allegation here that the conduct of the attorney was deliberate? That is, that he deliberately, knowingly misled the court? Except for the fact that the prosecutor put it in the plea agreement. She scratched it out without even considering whether or not she was right. Then the judge said, well, I thought it was concurrent. And she says, no, no, it's consecutive. I'm sure I'm very confident that Ms. Munden, she made that believe that she was correct. I believe she was correct. Shouldn't she have been put on notice, though, when both of them raised that issue? Wouldn't any reasonable person wonder whether or not she was correct? They made a deal. There was a deal, wasn't there? That's correct. Okay. Your time has expired. What do you do about spitting? I don't know the case, Your Honor. I'm sorry. I don't think it was filed. I don't know the reason. I don't know where it was filed. It might have helped you. I do want to read access to the court what relief we're trying to get. And that is, I'd like the court to bring it back to this report with instructions. And I think one of the things that might make this case a little different from others is that, since the time that it was filed in the Gadsden court and the Harris v. Gordon, it's found that a high-ranking president is not a staffer or a petitioner under exactly the same circumstances here. So if it were to be sent back to this court with a conditional writ and tell the State to release him or allow him to get an appeal, he could not have a correct appeal at this point, because the Gadsden court started spitting, and it's obvious the State can't get it. It's jurisdictional. We're outside of the 30 days. He also, you know, I'm going to say, I mean, nobody's ever reached the merits of the habeas. I just don't get the concept of us issuing some kind of conditional writ. The only issue up here is statutory or equitable tolling in order to allow someone, the district court or anybody else, to consider the merits of the habeas petition. Well, we've raised over and over that he was not allowed to file his direct appeal. Well, I understand that, but that's a merits issue. You've got to get over the bar of it being untimely before the merits are reached. Well, I think way over the line it covers that. I think the fact is that if the attorney told him not to appeal, the very thing that he would have to file, I think he would have to believe in the matter. Those are the things that I think the statute is about. The equitable tolling, subsection A and subsection B. And, of course, I'm wondering why I was concerned about this case. In the matter, it depends on the judge you get and the attorney you hire as to what you get and what you get by case. The case is all of the matter. That's true. A year, up to 20 years, and it's a good man and it's a bad man if it happens to all. Thank you. Thank you. The case just argued is submitted for decision. We'll hear the next case, Sanchez-Media v. Ayers. Good morning, Your Honors. Danny Sanchez-Media, this is the Court of Appeal. I'm here to serve seven minutes before rebuttal time. The 1972 Utah State Court of Decision and Issues involved a decision that was contrary to the limits of the three defaults in all states that strictly establish federal law. Under the circumstances, that decision was objectively agreeable. The judge was delayed without a petition after 1996.
judges: Schroeder, Dw Nelson, Rymer